UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DEREK P. THIBODEAU, 27229-018,  ) | |
| ) | |
| Petitioner,  ) | |
| ) | CIVIL ACTION NO. |
| VS.  ) | |
| ) | 3:11-CV-3243-G (BF) |
| WARDEN MAUREEN CRUZ,  ) | |
| ) | |
| Respondent.  ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the court finds that the findings, conclusions and recommendation of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

**SO ORDERED**.

August 16, 2012.

_____
**A. JOE FISH**
**Senior United States District Judge**